# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA VAN LUBIN,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:16-CV-09443-SK<br><br>**JUDGMENT** |

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: January 26, 2018

                                 HON. STEVE KIM
                                 U.S. MAGISTRATE JUDGE